THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MCFADDEN, Appellant. [729 NYS2d 922] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark,

J.—Endangering Welfare of Child.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.